RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED
AND FILED

SEP 3  9 42 AM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

IN RE:                                )    BK-S-06-13533-BAM
BALL, DAVID LEE            )    Chapter 13
BALL, REGINA MARIE   )
                                          )    **NOTICE OF UNCLAIMED FUNDS**
_____)

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|---|---|---|---|
| 0 | DAVID LEE & REGINA MARIE BALL<br>17344 ATWOOD AVE.<br>LAS VEGAS, NV 89129 | | $47229.82 |
| | Totals | | $47229.82 |

Date: 9 2 08          RICK A. YARNALL, TRUSTEE  MEV
                              Rick A. Yarnall
                              Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason: Sent to Unclaimed Funds as cannot locate debtors.

189953    47229.82